UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 1:20-cv-10489 RWZ |

## STATUS REPORT

Plaintiff Bravado International Group Merchandising Services, Inc. ("Plaintiff") submits this Status Report to advise the Court of the status of this matter.

This Court previous issued a Temporary Restraining Order, Seizure Order and an Order to Show Cause Why A Preliminary Injunction Should Not Issue to enjoin and restrain Defendants, commonly known as "Bootleggers," from manufacturing, selling or distributing merchandise, also known as "Infringing Merchandise" bearing the federally registered trademarks, service marks, likenesses, logos and other indicia for the artist "BILLIE EILISH" (the "Artist") and to seize the Infringing Merchandise. The Order to Show Cause Regarding Why a Preliminary Injunction and Seizure Order Should Not Issue hearing (the "Order to Show Cause Hearing") was scheduled for March 31, 2020. The required bond was (and remains) posted with the Court.

Due to the extraordinary circumstances related to the COVID-19 virus, virtually all cities banned gatherings of people for concerts. Accordingly, the Artist's concerts were postponed, including the Boston TD Garden concert and the Order to Show Cause Hearing

*Noted. As requested the matter is continued and counsel are requested to file a further status report on or before January 31, 2022.* /s/ Ryan Zobel  7/19/21

was taken off calendar. Moreover, as a further consequence of the extraordinary circumstances, many court hearings, trials, etc. were and have been continued, causing a strain to the Federal Court system.

The Artist's concerts have been rescheduled and will start in February of 2022, with the TD Garden Boston, Massachusetts concert to take place on February 20, 2022. Plaintiff respectfully requests that this matter be continued, and that it be permitted to file prior to the TD Garden concert a new motion for a Temporary Restraining Order, Seizure Order, etc. Plaintiff requests this in good faith, since this Court is familiar with the matter, including previously finding that Defendant infringers will sell their unlawful merchandise at the Artist's concerts.

Dated: July 15, 2021

Respectfully Submitted
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.
By Its Attorneys
/s/ M. Lawrence Oliverio
M. Lawrence Oliverio, Esq., BBO #378755
loliverio@polsinelli.com
Polsinelli, PC
One International Plaza, Ste 3900
Boston, MA 02110
Tel: (617) 406-0335; Fax: (617) 367-4656

Cara R. Burns, Esq. (CA Bar # 137557)
Hicks, Mims, Kaplan & Burns
cburns@hmkblawyers.com
28202 Cabot Rd, Suite 300
Laguna Niguel, CA 92677
Tel: (310) 314-1721; Fax: (310) 314-1725

2